# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF EASTERN WASHINGTON

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | John Michial & Jennifer D. Shumate |
| **Case Number:** | 09-05078-FLK11       **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, FEBRUARY 03, 2010 10:00 AM   509-353-3192 |
| **Bankruptcy Judge:** | FRANK L. KURTZ |
| **Courtroom Clerk:** | MARTI SPURGIN |
| **Reporter / ECR:** | STEPHANIE MANN |

## *Matter:*

ADV: 2-10-80006

**John Michial Shumate & Jennifer D. Shumate vs Harley-Davidson Motor Co Inc & Harley-Davidson Credit Corp. & Buell Distribution Company LLC**
STATUS RE: MOTION TO REMAND

**R / M #:**   0 / 0

## *Appearances:*

BARRY W DAVIDSON, ATTORNEY FOR JOHN MICHIAL SHUMATE, JENNIFER D. SHUMATE
NANCY L ISSERLIS, ATTORNEY FOR HARLEY-DAVIDSON MOTOR CO INC, BUELL DISTRIBUTION COMPANY LLC
MICHAEL J. PAUKERT, ATTORNEY FOR SHUMATE TRI-CITIES, LLC.
DAVID E. EASH, ATTORNEY FOR SHUMATE SPOKANE, LLC.
WILLIAM L. HAMES, ATTORNEY FOR GE COMMERCIAL DISTRIBUTION FINANCE
JED MORRIS, ATTORNEY FOR HARLEY-DAVIDSON CREDIT CORPORATION
CHRISTOPHER G. VARALLO, ATTORNEY FOR STEVE & BILLYE BAILEY
TIMOTHY J. CARLSON, ATTORNEY FOR GEORGE LATUS, LLC.
ANTHONY J. GRABICKI, ATTORNEY FOR SEVEN OAKS MOTOR SPORTS, LLC. , DBA LONE WOLF HARLEY-DAVIDSON
PETER STONE, ATTORNEY FOR HARLEY-DAVIDSON CREDIT CORPORATION
MICHAEL J. FARRELL, ATTORNEY FOR AMERICAN HONDA FINANCE CORPORATION

## *Proceedings:*

HELD.   Ms. Issleris advises that this matter has now been remanded back to the Eastern District of Washington and is now ready for oral argument in this Court;   The Court will continue this status to February 11, 2010 at 10:00 a.m. to see if the matter still needs to be set in light of the pending purchase and sale agreement presently being circulated by Debtor and Creditors in the main case - 09-05080 and 09-05081.