# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF EASTERN WASHINGTON

# Minute Entry

### *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | John Michial & Jennifer D. Shumate |
| **Case Number:** | 09-05078-FLK11         **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, MARCH 15, 2010 09:30 AM   509-353-3192 |
| **Bankruptcy Judge:** | FRANK L. KURTZ |
| **Courtroom Clerk:** |  |
| **Reporter / ECR:** | N/A |

### *Matter:*

**ADV: 2-10-80006**

**John Michial Shumate & Jennifer D. Shumate vs Harley-Davidson Motor Co Inc & Harley-Davidson Credit Corp. & Buell Distribution Company LLC**
STATUS/SCHEDULING CONFERENCE

**R / M #:**   1 / 0

**VACATED:   Continued at Court's request to Monday, March 29, 2010 at 9:30 a.m. by telephone conference call.**

### *Appearances:*

NONE

### *Proceedings:*

VACATED: Continued at Court's request to Monday, March 29, 2010 at 9:30 a.m. by telephone conference call.