# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF EASTERN WASHINGTON

## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | John Michial & Jennifer D. Shumate |
| **Case Number:** | 09-05078-FLK11   **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, APRIL 05, 2010 09:00 AM   509-353-3192 |
| **Bankruptcy Judge:** | FRANK L. KURTZ |
| **Courtroom Clerk:** | CHANTELLE E. SLIMAN |
| **Reporter / ECR:** | NEAL PENNEY |

### Matter:

ADV: 2-10-80006

**John Michial Shumate & Jennifer D. Shumate vs Harley-Davidson Motor Co Inc & Harley-Davidson Credit Corp. & Buell Distribution Company LLC**
STATUS/SCHEDULING CONFERENCE

R / M #:   1 / 0

### Appearances:

BARRY W DAVIDSON, ATTORNEY FOR JOHN MICHIAL SHUMATE, JENNIFER D. SHUMATE
NANCY L ISSERLIS, ATTORNEY FOR HARLEY-DAVIDSON MOTOR CO INC, BUELL DISTRIBUTION COMPANY LLC
MICHAEL J PAUKERT, ATTORNEY FOR SHUMATE TRI-CITIES, LLC
DAVID E EASH, ATTORNEY FOR SHUMATE SPOKANE, LLC
DAN O'ROURKE, ATTORNEY FOR SHUMATE, INC
JED MORRIS, ATTORNEY FOR HARLEY-DAVIDSON CREDIT

### Proceedings:

HELD: PARTIES REQUEST THAT THIS ISSUE BE ADDED TO THE ISSUES SET FOR TRIAL ON MAY 26, 2010 COMMENCING AT 9:00AM IN SPOKANE, WASHINGTON.