1   NANCY L. ISSERLIS, WSBA No. 11623
2   DAVID P. GARDNER, WSBA No. 39331
3   WINSTON & CASHATT
    601 W. Riverside Avenue, Suite 1900
4   Spokane, WA 99201
    Telephone: (509) 838-6131
5   Facsimile: (509) 838-1416

6
    Attorneys for Harley-Davidson Motor Company, Inc.
7   and Buell Distribution Company, LLC

8                   UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF WASHINGTON
9

10

11  In re:                                  Adversary Proceeding No: **10-80006-FLK**

12  **John and Jennifer D. Shumate; Shumate, Inc.;**   Bankruptcy Case Nos: **09-05078-FLK11,**
13  **Shumate Tri-City, LLC; and,**                              **09-05079-FLK11,**
    **Shumate Spokane, LLC,**                                    **09-05080-FLK11,**
14                                                               **09-05081-FLK11**

15                          Debtors,

16  **John Michial Shumate & Jennifer D. Shumate,**   **STIPULATION FOR DISMISSAL OF**
                                                      **ADVERSARY PROCEEDING**
17                         Plaintiffs,                          **AND**
                                                      **VOLUNTARY SURRENDER**
18          v.                                        **AND TERMINATION OF**
                                                      **HARLEY-DAVIDSON**
19  **Harley-Davidson Motor Company, Inc., et al.,**   **DEALER CONTRACTS**

20                          Defendants.

21

22

23  STIPULATION AND ORDER FOR DISMISSAL
    AND VOLUNTARY SURRENDER AND
    TERMINATION OF DEALER CONTRACT
24  Page 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

MILW_10075948.1

IT IS HEREBY STIPULATED, by and between the above-referenced debtors and the plaintiffs and the defendants in this adversary proceeding, by their attorneys, that:

1. This adversary proceeding is not automatically stayed under 11 U.S.C. § 362(a)(1) or any other provision of the Bankruptcy Code.

2. The Harley-Davidson Motor Company Motorcycle Dealer Contracts between Harley-Davidson Motor Company, Inc.("HDMC") and Shumate Tri-City, LLC ("Shumate Tri-City") and Shumate Spokane, LLC (Shumate Spokane") are hereby voluntarily surrendered and terminated by each dealer, effective as of August 2, 2010 or on such later date as may be approved by the Court for good cause shown as set forth herein. The parties recognize that these Dealer Contracts may be sooner terminated in accordance with an approved sale of either debtor's assets. If HDMC fails to timely approve or disapprove a proposed new dealer acquiring the assets of Shumate Tri-City or Shumate Spokane or if this Court denies a debtor's motion to approve such a sale, then Shumate Tri-City and/or Shumate Spokane may petition this Court, for good cause shown, to extend the August 2, 2010 Dealer Contract surrender/termination date for a period not to exceed 60 days.

3. The Buell Motorcycle Company Motorcycle Dealer Contracts between Buell Distribution Company, LLC and Shumate Tri-City and Shumate Spokane were previously surrendered and terminated by each dealer.

4. This adversary proceeding, including the termination claims initially raised before the Washington Office of Administrative Hearings, may be dismissed with prejudice and without attorneys' fees or costs to any party. The dismissal of this adversary proceeding shall also

STIPULATION AND ORDER FOR DISMISSAL
AND VOLUNTARY SURRENDER AND
TERMINATION OF DEALER CONTRACT
Page 2

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

MILW_10075948.1

resolve the issues asserted by John Michial Shumate and Jennifer D. Shumate (the "Shumates"),

Shumate, Inc., Shumate Spokane and Shumate Tri-City (collectively, the "Debtors") in the

Motions and Amended Motions For Order Determining Applicability Of Automatic Stay To

Notices Of Termination Pending At Petition Date (the "Motions"). The Debtors shall withdraw

said Motions upon the dismissal of this adversary proceeding.

     5.     Such dismissal shall be without prejudice to the rights, claims and defenses of

HDMC and the Debtors, asserted or unasserted, in any other adversary or contested matter .

**PAUKERT & TROPPMANN PLLC**

Date: 5/25/10

    /s/ Michael J. Paukert
Michael J. Paukert, WSBA No. 20237
Attorney for Shumate Tri-City, LLC

**EWING ANDERSON PAUL, P.S.**

Date: 5/25/10

    /s/ David E. Eash
David E. Eash, WSBA No. 06684
Attorney for Shumate Spokane, LLC

**DAVIDSON BACKMAN MEDEIROS PLLC**

Date: 5/25/10

    /s/ Barry W. Davidson
Barry W. Davidson, WSBA No. 07908
Attorney for John and Jennifer Shumate

STIPULATION AND ORDER FOR DISMISSAL
AND VOLUNTARY SURRENDER AND
TERMINATION OF DEALER CONTRACT
Page 3

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

MILW_10075948.1

**NEALEY & MARINELLA**

Date: 5/25/10

/s/ Terry R. Nealey
Terry R. Nealey, WSBA No. 05750
Chapter 7 Trustee for Shumate, Inc.

**WINSTON & CASHATT**

Date: 5/25/10

/s/ Nancy L. Isserlis
Nancy L. Isserlis, WSBA No. 11623
Attorney for Harley-Davidson Motor Company,
Inc. and Buell Distribution Company, LLC

    and

**FOLEY & LARDNER LLP**

Date: 5/25/10

/s/ Peter J. Stone
Peter J. Stone (*pro hac vice*)
Attorney for Harley-Davidson Motor Company,
Inc. and Buell Distribution Company, LLC

STIPULATION AND ORDER FOR DISMISSAL
AND VOLUNTARY SURRENDER AND
TERMINATION OF DEALER CONTRACT
Page 4

MILW_10075948.1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131